# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT DANIEL TAYLOR,**

    **Plaintiff,**

**v.**                                                           Case No: 6:18-cv-613-Orl-31DCI

**LEANNE POLHILL, RANDY ELLSWORTH, ROBERT PICKARD, JOHN FISCHER, DOUGLAS MOORE, PAMELA DECMEROWSKI, MARIA HERNANDEZ, CELESTE PHILIP and THOMAS HOLLERN,**

    **Defendants.**

## ORDER

This Matter comes before the Court on the Motion for Preliminary Injunction filed by all Plaintiffs (Doc. 44) and the accompanying Memorandum in Support (Doc. 45), both filed on June 8, 2018. These documents together exceed the page limits set forth in Local Rule 3.01(a). The filing of the Motion and Memorandum as separate documents also violates Local Rule 3.01(a). Accordingly, the Court **STRIKES** the Motion (Doc. 44) and Memorandum (Doc. 45) for failure to comply with the Local Rules.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 11, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party