UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT DANIEL TAYLOR,

    Plaintiff,

vs.

CASE NO.: 6:18-cv-00613-GAP-DCI

LEANNE POLHILL; RANDY ELLSWORTH; ROBERT PICKARD, MD; JOHN FISCHER; DOUGLAS MOORE; PAMELA DECMEROWSKI; MARIA HERNANDEZ; AND THOMAS HOLLERN; EACH SOLELY IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE FLORIDA BOARD OF HEARING AID SPECIALISTS; CELESTE PHILIP, MD, MPH, SOLELY IN HER OFFICIAL CAPACITY AS SECRETARY OF THE FLORIDA BOARD OF HEALTH

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF**
**VOLUNTARY DISMISSAL**

Plaintiff Robert Daniel Taylor hereby voluntarily dismisses this lawsuit. Defendants have not yet answered the complaint and thus dismissal is proper under Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff's circumstances have recently and materially changed such that he can no longer pursue licensure as a hearing aid specialist in Florida.

DATED:  August 28, 2020.

        Respectfully submitted,

        By____s/ Anastasia P. Boden_____
        LAWRENCE G. SALZMAN*
        (Cal. Bar No. 224727)
        Email:  LSalzman@pacificlegal.org
        ANASTASIA P. BODEN*
        (Cal. Bar No. 281911)
        Email:  ABoden@pacificlegal.org
        TIMOTHY R. SNOWBALL*
        (Cal. Bar No. 317379)
        Email:  TSnowball@pacificlegal.org
        Pacific Legal Foundation
        930 G Street
        Sacramento, CA  95814
        Telephone: (916) 419-7111
        Telefax: (916) 419-7747

        CHRISTINA M. MARTIN
        (Fla. Bar No. 0100760), Trial Counsel
        Email:  CMartin@pacificlegal.org
        Pacific Legal Foundation
        4440 PGA Blvd., Suite 307
        Palm Beach Gardens, FL  33410
        Telephone: (561) 691-5000
        Telefax: (561) 691-5006
        *Attorneys for Plaintiff*

        **Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, August 28, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                s/Anastasia P. Boden  
                                        ANASTASIA P. BODEN*  
                                        Cal. Bar No. 281911

                                        *Attorney for Plaintiff*

                                        * *Admitted Pro Hac Vice*